AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Correct Style

"taqi elaga bey", American Not Pro Se
*Plaintiff/Petitioner*

v.

WELLS FARGO, et al.
*Defendant/Respondent*

Civil Action No. CV116-146

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -6 AM 9:49
CLERK _____
SO. DIST. OF GA.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Taqi Elaga Bey* / All Rights Reserved
All Rights Retained.

Date: 9/6/2016

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

No gain. No income. Verified Truth.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ ~~1,000.00~~ 0.00 | $ |
| Self-employment   Clergy | $ | $ | $ 1,000.00 | $ |
| Income from real property (such as rental income) | $ | $ | $ 0.00 | $ |
| Interest and dividends | $ | $ | $ 0.00 | $ |
| Gifts | $ | $ | $ 1,000.00 | $ |
| Alimony | $ | $ | $ N/A | $ |
| Child support | $ | $ | $ N/A | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ N/A | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ N/A | $ |
| Unemployment payments | $ | $ | $ N/A | $ |
| Public-assistance (such as welfare) | $ | $ | $ N/A | $ |
| Other (specify): Misc gifts | $ | $ | $ 50.00 | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*  Unemployed Native American

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)* Unemployed Aboriginal Moor

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you ~~and your spouse~~ have? $ 70.00 in hand

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

Need Family Approval to Access

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CBT, Wyoming | TRUST Fund Family | $ 1,500.00 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | approx $ -80,000.00 | $ Negative |
| Other real estate *(Value)* | 3620 Goldfinch Drive | $ |
| Motor vehicle #1 *(Value)* | approx $ -9,500.00 | $ Negative |
| Make and year: | VW GTI | |
| Model: | 2010 | |
| Registration #: | TRUST Owned | |
| Motor vehicle #2 *(Value)* | | $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | | $ |
| Other assets *(Value)* | | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Sandra Lee El | Mother | 63 |
| | | |
| | | |



*Unemployed Delinquent Expenses*

Page 4 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☒ No  Is property insurance included? ☐ Yes ☒ No   *Foreclosure* | $ 414.00/mo | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) *Scraping by No gas* | $ 450.00/mo | $ |
| Home maintenance (repairs and upkeep)  *Can't afford* | $ 200.00/mo | $ |
| Food | $ 150.00/mo | $ |
| Clothing   *Can't afford* | $ 75.00 | $ |
| Laundry and dry-cleaning | $ N/A | $ |
| Medical and dental expenses  *Late pmt Colorado Dentist* | $ 100.00 | $ |
| Transportation (not including motor vehicle payments)  *hard to maintain* | $ 200.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ | $ |
|    Life:   *Dental included — approx amounts* | $ 30.00 | $ |
|    Health: | $ 60.00 | $ |
|    Motor vehicle: | $ 130.00 | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|    Motor vehicle: | $ 240.00 | $ |
|    Credit card (name): | $ 35.00 | $ |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | |
|---|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) MISC | | $ 50.00 | $ |
| Other (specify): Unknown MISC guess | | $ 22.00 | $ |
| | Total monthly expenses: | $ Need Calculator | $ 0.00 |

9. Do you expect any major changes to your monthly ~~income~~ or expenses or in your assets or liabilities during the next 12 months?
   ☑ Yes   ☐ No   If yes, describe on an attached sheet.   Major Lawsuits Pending

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☑ Yes   ☐ No
    If yes, how much? $ TBD   Pending

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Unemployed Aboriginal Native American Moor with No Gold/Silver Money, Home facing Foreclosure, Credit Score Below 550

12. Identify the city and state of your legal residence.

Your daytime phone number:  323-788-6690
Your age: 30   Your years of schooling: 16+

ALL totals are approximate subject to Plaintiff Verification if error found.

Foregoing True According to Black's Law Dictionary.