IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAQI ELAGA-BEY, | |
| Plaintiff, | |
| v. | CV 116-146 |
| KIMBERLEY MATTHEWS, Aldridge Pite, LLP, KATE HARRENSTEIN, Wells Fargo Bank, N.A., and GERLINDE BERRY, Wells Fargo Bank, N.A., | |
| Defendants. | |

**O R D E R**

In the present case Plaintiff seeks to challenge state court rulings on matters of state law. Based on the pleadings presented by both parties, the Court is not satisfied that it has subject matter jurisdiction over this action. To assist the Court in determining if it has subject matter jurisdiction, the Court requests further briefing on this issue. **BOTH** parties **SHALL** provide written briefs to the Court explaining why this Court does or does not have subject matter jurisdiction over the present action. The parties must file their supplemental briefs by **Tuesday, March 14, 2017.**

**ORDER ENTERED** at Augusta, Georgia, this 15th day of February, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA