IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAQI ELAGA-BEY, | |
| Plaintiff, | |
| v. | CV 116-146 |
| KIMBERLEY MATTHEWS of Aldridge Pite, LLP; KATE HARRENSTEIN of Wells Fargo Bank, N.A.; and GERLINDE BERRY of Wells Fargo Bank, N.A., | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiff's notice of dismissal. (Doc. 32.) Plaintiff's notice was filed prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of September, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA